UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Unitrin Safeguard Insurance Co,

                Plaintiffs,

      -against-

Ove Decors ULC, et al.,

                Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24 CV 7306 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **1/22/25 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

    **SO ORDERED.**

DATED:    White Plains, New York
             December 19, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge