UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Unitrin Safeguard Ins. Co.,

                              Plaintiff,

              -against-

Ove Decors ULC et al.,

                             Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025

24-cv-7306

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On February 20, 2025, the Court directed the parties to submit a joint status letter to the Court by no later than February 26, 2025. (ECF No. 21). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **March 7, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                March 3, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1