
Case 7:24-cv-07306-KMK-VR Document 30 Filed 06/26/25 Page 1 of 2

**Michael L. DeBona**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.7129 | Fax 215.789.7537
debonam@whiteandwilliams.com | whiteandwilliams.com

June 26, 2025

**Via PACER**

The Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**RE:** ***Unitrin Safeguard Insurance Company as subrogee of Mordechai Kopciel v. Ove Decors ULC et al.;*** **Case No. 7:24-cv-7306-KMK-VR**
**Plaintiff's Letter Motion to File Under Seal**

Dear Judge Karas:

This firm represents Plaintiff, Unitrin Safeguard Insurance Company as subrogee of Mordechai Kopciel ("Unitrin"). Pursuant to this Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice, Unitrin submits this letter-motion and respectfully requests this Court grant Unitrin leave to file under seal the parties' settlement agreement ("Agreement") pursuant to Your Honor's order dated May 16, 2025. *See* Order, May 16, 2025, ECF 28.

On May 16, 2025, the parties advised the Court that they settled the above-captioned matter, and Your Honor entered an order discontinuing the action. *See* Pl.'s Ex. A, Emails to Court advising of settlement, May 16, 2025; *See* Order, ECF 28. Your Honor's order provides that ". . . if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five day period to be 'so ordered' by the Court." *See* Order, ECF 28. Following the entry of Your Honor's order, the parties executed the Agreement and all that remains is Unitrin receiving the settlement amount from Defendants.

The forty-five day period so ordered ends on June 30, 2025 and Unitrin has not received the settlement amount to date. Unitrin expects to receive the settlement funds by the end of July and wishes the Court retain jurisdiction for the purposes of enforcing the Agreement, pursuant to Your Honor's Order. *See Id.* However, the Agreement includes a confidentiality provision prohibiting Unitrin from disclosing the Agreement. *See* Pl.'s Ex. B, Settlement Agreement, Jun. 9, 2025. To comply with Your Honor's order and avoid violating the Agreement, the Agreement must be filed under seal using a "selected parties" restricted viewing level, thereby allowing only the Court and the parties to view the filing. Therefore, Unitrin respectfully requests that this Court grant Unitrin leave to file the Agreement under seal.

Plaintiff's Letter Motion to File Under Seal
*Unitrin Safeguard Ins. Co. as subrogee of Mordechai Kopciel v. Ove Decors ULC, et al.*
Case No. 7:24-cv-7306-KMK-VR
Page **2** of **2**

Please feel free to contact me with any questions or comments.

Respectfully submitted,

WHITE AND WILLIAMS LLP

Michael L. DeBona

Granted.

So Ordered.

6/26/25

System.Object[]